IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

May 29, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| RYAN DE JESUS RUCOBA-VAZQUEZ | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | |
| MARKWAYNE MULLIM, Et Al | § | CAUSE NO. 4:26-CV-02455 |
| | § | |
| Respondents. | § | |

## ORDER ON PEITIONER'S MOTION TO WITHDRAW PETITION
## FOR WRIT OF HABEAS CORPUS

On _____ May 29 _____ 2026, the Court considered Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus in the above captioned matter.

The Court finds that the motion has merit and should be granted.

**IT IS ORDERED THAT** Petitioner's Petition for Writ of Habeas Corpus is hereby withdrawn.

Signed on _____ May 29 _____ , 2026.

_____
JUDGE PRESIDING